WALTER F. WILSON, Appellant, *v.* EDWIN I. HARRINGTON, Respondent.

Submitted November 29, 1945; decided January 17, 1946.

*Benedict S. Rosenfeld* and *Albert Jakobson* for appellant.

*E. F. Sweeney, F. G. Mann* and *Herbert F. Hastings, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.